UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
Mario R. Lozano
    **Plaintiff**

    **v.**

                                         **Civil Action No. 1:25-cv-10884-FDS**

Michael Van Dam et al
    **Defendant**
_____

## ORDER OF DISMISSAL

**Saylor, C. J.**

In accordance with the Court's ORDER dated August 13, 2025 (Dkt. No. 17), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                                           By the Court,

08/13/2025                                              /s/ Melonie Cooke
Date                                                    Deputy Clerk